UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY JAMIL FLENAUGH,<br><br>    Plaintiff,<br><br> v.<br><br>BLOCK INC,<br><br>    Defendant. | Case No. 3:23-cv-05474-TMC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

  This matter comes before the Court on its own motion. On December 6, 2023, the Court granted (Dkt. 40) Defendant Block Inc's motion to dismiss (Dkt. 26) but provided pro se Plaintiff Tiffany Jamil Flenaugh leave to file a second amended complaint by December 21, 2023 (Dkt. 40 at 6–7), such that Ms. Flenaugh could continue this action if she could allege sufficient facts or causes of action to invoke the Court's subject matter jurisdiction. *Id*. at 6.

  Ms. Flenaugh did not file a second amended complaint on December 21, 2023. Therefore, the Court ORDERS that this case is DISMISSED without prejudice.

  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

  Dated this 27th day of December, 2023.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

*[signature]*

Tiffany M. Cartwright
United States District Court Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2